**Order entered October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00887-CR
No. 05-19-00888-CR

**JAMES JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-40432-R & F19-40433-R**

## ORDER

We **REINSTATE** these appeals.

We abated these cases for the appointment of new counsel. On October 3, 2019, a supplemental clerk's record containing the trial court's appointment was filed in each appeal. We **DIRECT** the Clerk of the Court to list Sharita Blacknall as appellant's appointed counsel.

The complete record has been filed in each case. Appellant's brief is **DUE** by November 15, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE